

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>Esmeralda SALAZAR-Sandoval,<br><br>  Defendant. | Magistrate Case No. '08 MJ 8033<br><br>COMPLAINT FOR VIOLATION OF<br><br>21 U.S.C. § 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |

The undersigned complainant being duly sworn states:

On or about January 21, 2008, within the Southern District of California, defendant Esmeralda SALAZAR-Sandoval did knowingly and intentionally import approximately 46.34 kilograms (101.94 pounds) of marijuana a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Special Agent
Immigration and Immigration and
Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 22nd DAY OF JANUARY 2008.

_____
Peter C. Lewis
U. S. MAGISTRATE JUDGE

**UNITED STATES OF AMERICA**

v.

**Esmeralda SALAZAR-Sandoval**

## STATEMENT OF FACTS

This statement of facts is based on the reports, documents, and notes furnished to Immigration and Customs Enforcement Special Agent Rafael Silva

On January 21, 2008, at approximately 1339 hours, Esmeralda SALAZAR-Sandoval entered the United States at the Calexico, California, West Port of Entry. SALAZAR was the driver, registered owner and sole occupant of a 1989 Chevrolet Blazer. SALAZAR approached lane 3, manned by CBP Officer Weir. During routine border inspection questioning, SALAZAR stated she had nothing to declare. CBP Officer Weir asked SALAZAR about the ownership of the vehicle. SALAZAR stated she was the owner of the vehicle and had owned it for over one year and a half. CBP Officer Weir referred the vehicle to the secondary lot for further inspection.

In Secondary inspection, CBP Canine Enforcement Officer Barela was conducting a lot sweep with his assigned dog, when the dog alerted to the passenger's side quarter panel. CBP Officer Galaviz then took a negative declaration and asked SALAZAR if the vehicle belonged to her. SALAZAR stated she was the owner of the vehicle and was on her way to Wal-Mart in Calexico to do some shopping. During his inspection CBP Officer Galaviz found packages concealed inside the quarter panels.

A subsequent inspection of the vehicle revealed forty-six (46) packages concealed inside the spare tire, tailgate, quarter panels and both driver and passenger side doors. One of the packages was probed and a sample of a green leafy substance was obtained, which field tested positive for marijuana. The 46 packages had a combined weight of approximately 46.34 kilograms (101.94 pounds).

SALAZAR was booked into the Imperial County Jail pending her initial appearance before a U.S. Magistrate Judge.