FILED

2008 FEB -5 PM 12: 30

BY_____KM17_____DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

July 2007 Grand Jury

'08 CR 0285 H

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. _____ |
| Plaintiff, | I N D I C T M E N T |
| v. | Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana; |
| ESMERALDA SALAZAR-SANDOVAL, | Title 21, U.S.C., Sec. 841(a)(1) - Possession of Marijuana with |
| Defendant. | Intent to Distribute |

The grand jury charges:

Count 1

On or about January 21, 2008, within the Southern District of California, defendant ESMERALDA SALAZAR-SANDOVAL did knowingly and intentionally import approximately 46.34 kilograms (approximately 101.94 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

//

//

//

//

CJB:em(1):Imperial
2/1/08

<u>Count 2</u>

On or about January 21, 2008, within the Southern District of California, defendant ESMERALDA SALAZAR-SANDOVAL did knowingly and intentionally possess, with intent to distribute, approximately 46.34 kilograms (approximately 101.94 pounds) of marijuana, a Schedule I Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

DATED: February 5, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
CARLA J. BRESSLER
Assistant U.S. Attorney