1  **LEILA W. MORGAN**
   California State Bar No. 232874
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5030
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: Leila_Morgan@fd.org

5  Attorneys for Ms. Salazar-Sandoval

8                       UNITED STATES DISTRICT COURT

9                      SOUTHERN DISTRICT OF CALIFORNIA

10                      **(HONORABLE MARILYN L. HUFF)**

11 | UNITED STATES OF AMERICA,        | )  Case No. 08cr0285-H
   |                                  | )
12 |        Plaintiff,                | )  DATE: March 17, 2008
   |                                  | )  TIME:  2:00 p.m.
13 | v.                               | )
   |                                  | )  NOTICE OF MOTIONS AND MOTIONS:
14 | JOSE ESPINOZA DE LEON,           | )
   |                                  | )  (1)  TO COMPEL DISCOVERY;
15 |        Defendant.                | )  (2)  TO PRESERVE AND REWEIGH
   |                                  | )       NARCOTICS EVIDENCE;  AND
16 |                                  | )  (3)  TO GRANT LEAVE TO FILE
   |                                  | )       FURTHER MOTIONS
17 |                                  | )
   |                                  | )
18 |_____| )

20 TO:    KAREN HEWITT, UNITED STATES ATTORNEY; AND
         REBECCA KANTER, ASSISTANT UNITED STATES ATTORNEY:

22     PLEASE TAKE NOTICE that on March 17, at 2:00 p.m., or as soon thereafter as counsel may

23 be heard, the defendant, Esmerelda Salazar-Sandoval, by and through her counsel, Leila W. Morgan,

24 and Federal Defenders of San Diego, Inc., will ask this Court to enter an order granting the following

25 motions.

26                                    **MOTIONS**

27     The defendant, Esmerelda Salazar-Sandoval, by and through her attorneys, Leila W. Morgan,

28 and Federal Defenders of San Diego, Inc., pursuant to the United States Constitution, the

1 | Federal Rules of Criminal Procedure, and all other applicable statutes, case law and local rules,
2 | hereby moves this Court for an order to:
3 |     1)     Compel discovery;
    2)     To Preserve and Reweigh Narcotics Evidence;
4 |     3)     Grant leave to file further motions.
5 |     These motions are based upon the instant motions and notice of motions, the attached
6 | statement of facts and memorandum of points and authorities, and all other materials that may come
7 | to this Court's attention at the time of the hearing on these motions.
8 |     Respectfully submitted,
9 |
10 | DATED: March 10, 2008      /s/ *Leila W. Morgan*
**LEILA W. MORGAN**
11 | Federal Defenders of San Diego, Inc.
Attorneys for Ms. Salazar-Sandoval
12 | Leila_Morgan@fd.org

28 |     2    08cr0285-H

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

Rebecca Kanter
U S Attorneys Office Southern District of California
Criminal Division
880 Front Street
Room 6293
San Diego, CA 92101
(619)557-5610
Fax: (619)235-2757
Email: Rebecca.Kanter@usdoj.gov

Dated: March 10, 2008         /s/ *Leila W. Morgan*
                              LEILA W. MORGAN
                              Federal Defenders
                              225 Broadway, Suite 900
                              San Diego, CA 92101-5030
                              (619) 234-8467  (tel)
                              (619) 687-2666  (fax)
                              Leila_Morgan@fd.org