AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
        Plaintiff,
   v.

ESMERALDA SALAZAR-SANDOVAL,
        Defendant.

**APPEARANCE**

Case Number: 08CR0285-H

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

ESMERALDA SALAZAR-SANDOVAL
I am co-counsel on this case.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 3/18/2008 | /s/ REUBEN CAMPER CAHN |
| Date | Signature |
| | Reuben Camper Cahn/Federal Defenders of    255158 |
| | Print Name                                   Bar Number |
| | 225 Broadway, Suite 900 |
| | Address |
| | San Diego, CA  92101 |
| | City              State             Zip Code |
| | (619) 234-8467      (619) 687-2666 |
| | Phone Number                   Fax Number |

## CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

**Rebecca Canter**
rebecca.kanter@usdoj.gov

Dated: March 18, 2008                               /s/ Reuben Camper Cahn
                                                    REUBEN CAMPER CAHN
                                                    Federal Defenders of San Diego, Inc.
                                                    225 Broadway, Suite 900
                                                    San Diego, CA 92101-5030
                                                    (619) 234-8467 (tel)
                                                    (619) 687-2666 (fax)
                                                    e-mail: Reuben_Cahn@fd.org