STATEMENT OF FACTS AND
MEMORANDUM OF POINTS AND AUTHORITIES
INCORPORATED BY REFERENCE TO
DOCUMENT NO. 14

Case 3:08-cr-00285-H   Document 15-2   Filed 03/28/2008   Page 1 of 1