1  **LEILA W. MORGAN**
California Bar No. 232874
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3  San Diego, California 92101-5008
Telephone: (619) 234-8467
4  Facsimile: (619) 687-2666
Leila_Morgan@fd.org
5

6  Attorneys for Ms. Salazar-Sandoval

7

8                UNITED STATES DISTRICT COURT

9                SOUTHERN DISTRICT OF CALIFORNIA

10

| | | |
|---|---|---|
| 11 UNITED STATES OF AMERICA, | ) | Case No. 08CR0285-H |
| 12  Plaintiff, | ) ) ) | **CERTIFICATE OF SERVICE** |
| 13 v. | ) ) | |
| 14 **ESMERALDA SALAZAR-SANDOVAL**, | ) ) ) | |
| 15  Defendant. | ) ) | |
| 16 _____ | ) | |

17

18      **I HEREBY CERTIFY** that on March 28, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the below Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

21

                                /s/   *Leila W. Morgan*
                                **LEILA W. MORGAN**
                                California Bar No. 232874
                                Federal Defenders of San Diego, Inc.
                                225 Broadway, Suite 900
                                San Diego, CA 92101
                                Telephone: (619) 234-8467
                                Facsimile: (619) 687-2666
                                Leila_Morgan@fd.org

                                Attorneys for Ms. Salazar-Sandoval

**SERVICE LIST**

**United States v. Esmeralda Salazar-Sandoval**
**Case No. 08CR0285**
**United States District Court, Southern District of California**

**Rebecca Kanter**
Rebecca.Kanter@usdoj.gov

[Service via CM/ECF]

2