1  **LEILA W. MORGAN**
   California State Bar No. 232874
2  225 Broadway, Suite 900
   San Diego, CA 92101-5030
3  (619) 234-8467/Fax: (619) 687-2666
   E-Mail: leila_morgan@fd.org
4

5  Attorneys for Ms. Salazar-Sandoval

6

7

8                  UNITED STATES DISTRICT COURT

9                SOUTHERN DISTRICT OF CALIFORNIA

10               **(HONORABLE MARILYN L. HUFF)**

11 UNITED STATES OF AMERICA,          )    CASE NO. 08cr0285-H
                                      )
12                      Plaintiff,    )    DATE:  April 7, 2008
                                      )    TIME:  9:00 A.M.
13 v.                                 )
                                      )    DEFENDANT'S NOTICE OF MOTION AND
14                                    )    MOTION FOR AUTHORIZATION TO
   ESMERALDA SALAZAR-SANDOVAL,        )    CONDUCT FOREIGN DEPOSITIONS
15                                    )
                                      )
16                      Defendant.    )
   _____     )
17

18 TO:    KAREN HEWITT, UNITED STATES ATTORNEY; AND
          REBECCA KANTER, ASSISTANT UNITED STATES ATTORNEY:
19

20        PLEASE TAKE NOTICE that on April 7, 2008 at 9:00 a.m., or as soon thereafter as counsel may

21 be heard, the defendant, Esmeralda Salazar-Sandoval, by and through her counsel, Leila W. Morgan, and

22 Federal Defenders of San Diego, Inc., will ask this Court to enter an order granting the following motion.

23 //

24 //

25 //

26 //

27 //

28 //

## MOTIONS

The defendant, Esmeralda Salazar-Sandoval, by and through her attorneys, Leila W. Morgan, and Federal Defenders of San Diego, Inc., pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law and local rules, hereby moves this Court for an order for:

1) Foreign Depositions to be Conducted

This motion is based upon the instant motion and notice of motion, the attached statement of facts and memorandum of points and authorities, and all other materials that may come to this Court's attention at the time of the hearing on this motion.

Respectfully submitted,


DATED: March 28, 2008                    */s/ Leila W. Morgan*
                                         **LEILA W. MORGAN**
                                         Federal Defenders of San Diego, Inc.
                                         Attorneys for Ms. Salazar-Sandoval
                                         Leila_Morgan@fd.org