1  **LEILA W. MORGAN**
California Bar No. 232874
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3  San Diego, California 92101-5008
Telephone: (619) 234-8467
4  Facsimile: (619) 687-2666
Leila_Morgan@fd.org
5

6  Attorneys for Ms. Salazar-Sandoval

7

8  UNITED STATES DISTRICT COURT

9  SOUTHERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, ) Case No. 08CR0285-H
   |                           )
12 |     Plaintiff,            )
   |                           ) **CERTIFICATE OF SERVICE**
13 | v.                        )
   |                           )
14 | **ESMERALDA SALAZAR-SANDOVAL**, )
   |                           )
15 |                           )
   |     Defendant.            )
16 | _____ )

17

18   **I HEREBY CERTIFY** that on April 4, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all
19 counsel of record identified on the below Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel
20 or parties who are not authorized to receive electronically Notices of Electronic Filing.

21

22                               /s/   *Leila W. Morgan*
                                 **LEILA W. MORGAN**
                                 California Bar No. 232874
23                               Federal Defenders of San Diego, Inc.
                                 225 Broadway, Suite 900
24                               San Diego, CA 92101
                                 Telephone: (619) 234-8467
25                               Facsimile: (619) 687-2666
                                 Leila_Morgan@fd.org
26
                                 Attorneys for Ms. Salazar-Sandoval
27

28

# SERVICE LIST

**United States v. Esmeralda Salazar-Sandoval**
**Case No. 08CR0285**
**United States District Court, Southern District of California**

**Rebecca Kanter**
Rebecca.Kanter@usdoj.gov

[Service via CM/ECF]