1  **REUBEN CAMPER CAHN**
California State Bar No. 255158
2  **LEILA W. MORGAN**
California State Bar No. 232874
3  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
4  San Diego, California 92101-5008
Telephone: (619) 234-8467

6  Attorneys for Ms. Salazar-Sandoval

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE MARILYN L. HUFF)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 08CR0285-MLH |
| Plaintiff, ) | Date: May 12, 2008 |
| ) | Time: 2:00 p.m. |
| v. ) | |
| ) | **NOTICE OF MOTION AND** |
| ESMERALDA SALAZAR- ) | **MOTION FOR AN ORDER** |
| SANDOVAL ) | **ALLOWING THE DEPOSITION** |
| ) | **OF DELORES SANDOVAL** |
| Defendant. ) | **PERALES OR ALTERNATIVELY,** |
| ) | **THE ADMISSION IN EVIDENCE** |
| ) | **OF SWORN VIDEOTAPED** |
| ) | **STATEMENT** |
| _____ ) | |

21  TO:   KAREN P. HEWITT, UNITED STATES ATTORNEY; AND
       REBECCA S. KANTER, ASSISTANT UNITED STATES ATTORNEY:

23    PLEASE TAKE NOTICE that on May 12, 2008 at 2:00 p.m., Ms. Salazar-Sandoval, the accused in this case, by and through her attorneys, Reuben Camper Cahn, Leila W. Morgan and Federal Defenders of San Diego, Inc., will request this Court to enter an order granting the following motion.

08CR0285-MLH

## **MOTION**

Esmeralda Salazar Sandoval, through undersigned counsel and pursuant to Fed. R. Crim. P. 15, Fed. R. Evid. 807, and the Sixth Amendment, moves for an order allowing a deposition of Delores Sandoval Perales or in the alternative for the admission in evidence of the statement of the sworn videotaped statement of Delores Sandoval Perales taken on April 4 , 2008.

Respectfully submitted,

DATED: April 28, 2008        */s/ Reuben Camper Cahn*
REUBEN CAMPER CAHN
LEILA W. MORGAN
Federal Defenders of San Diego, Inc.
Attorney for Ms. Salazar-Sandoval