# INDEX OF EXHIBITS
### *United States v. Esmeralda Salazar-Sandoval,*

Exhibit A        English Translation of Ms. Sandoval's Statement . . . . . . . 1-11

Exhibit B        Official Notarized Document . . . . . . . . . . . . . . . . . . . . . 12-46

Exhibit C        Medical Letter . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 47-49

Exhibit A

*United States v. Esmeralda Salazar-Sandoval,*
Case No.  08cr0285-MLH

| | |
|---|---|
| MS. MORGAN: | Mrs. Sandoval, do you swear or affirm that the statement you are about to give is the truth, the whole truth and nothing but the truth? |
| MRS. SANDOVAL: | Yes. |
| MS. MORGAN: | Can you please state your name? |
| MRS. SANDOVAL: | Maria Dolores Sandoval Peralta. |
| MS. MORGAN: | Ms. Sandoval do you know Esmeralda Salazar Sandoval? |
| MRS. SANDOVAL: | Yes, she is my daughter. |
| MS. MORGAN: | And do you understand that why we're here today is for the purpose of gathering your statement for use at Ms. Salazar's trial? |
| MRS. SANDOVAL: | Yes. |
| MS. MORGAN: | Do you understand that the prosecutor or the U.S. Attorney in this case was invited to come today? |
| MRS. SANDOVAL: | Yes. |
| MS. MORGAN: | She didn't, she's not present today at this statement but if she were would you answer her questions? |
| MRS. SANDOVAL: | Yes, of course. |
| MS. MORGAN | You said Ms. Salazar Sandoval  was your daughter? |
| MRS. SANDOVAL: | Yes. |

MS. MORGAN          Where does she live?

MRS. SANDOVAL:      Here.  Here with me in this house.

MS. MORGAN:         And where are you?  Where is your house?

MRS. SANDOVAL:      At Quintas del Rey the street is Nules and the number
                    424, yes, I think it's 524, 524 in Mexicali.

MS. MORGAN:         And is that in Mexico?

MRS. SANDOVAL:      Yes.

MS. MORGAN:         Aside from your daughter Esmeralda and yourself, who
                    else lives here?

MRS. SANDOVAL:      Her husband.

MS. MORGAN:         And what is his name?

MRS. SANDOVAL:      Reynaldo.

MS. MORGAN:         Do you know his last name?

MRS. SANDOVAL:      Yes it's Peralta Medina or maybe it's Medina Peralta I'm
                    not sure.  It's one of those either Medina Peralta or
                    Peralta Medina.

MS. MORGAN:         And how long has Esmeralda been with Mr. Medina?

MRS. SANDOVAL:      Esperanza?

MS. MORGAN:         How long has your daughter been with him?

MRS. SANDOVAL:      Like about 8 months.  Here in this house we've lived here
                    for 8 months.  Before I don't know.

MS. MORGAN:         Does your daughter have a car?

**3**

MRS. SANDOVAL:     Yes.

MS. MORGAN:     What kind of car is it?

MRS. SANDOVAL:     She had a blue and white truck.

MS. MORGAN:     Ms. Sandoval, I'm gonna back up for just a little.  How is your health today?

MRS. SANDOVAL:     Well.

MS. MORGAN:     Ms. Sandoval, do you have any health problems?

MRS. SANDOVAL:     Yes.

MS. MORGAN:     Are you currently on any kind of medication?

MRS. SANDOVAL:     Yes.

MS. MORGAN:     Which medications are you on?

MRS. SANDOVAL:     All of that there.

MS. MORGAN:     We're going to go through them, alright?

MRS. SANDOVAL:     Um hum.

MS. MORGAN:     Is this one of your medications?

MRS. SANDOVAL:     Yes, I take this for cholesterol.

MS. MORGAN:     And what about this one?

MRS. SANDOVAL:     This is so I can stay calm it's also to help me sleep at night.

MS. MORGAN:     And this one?

MRS. SANDOVAL:     It's for my heart it's called tritape

3

4

MS. MORGAN:            And this one?

MRS. SANDOVAL:         This is also that's tritozina for the heart.

MS. MORGAN:            And this one?

MRS. SANDOVAL:         This is so I can. . it's a tranquilizer but it's for the day. It's something that will keep me calm.  Like something for like this when I get this in my eye it's because I become very anxious and it starts trembling and it sort of feels numb like if I were going to have paralysis.

MS. MORGAN:            What about this one?

MRS. SANDOVAL:         It's Diuretic.

MS. MORGAN:            Diuretic?

MRS. SANDOVAL:         That's so I won't have fluid in my lungs.  If I don't take this one I get all swollen and I can't breathe.

MS. MORGAN:            Ms. Sandoval, I'm going to show you some pictures now. I'm going to ask you if you recognize them.  I'm showing Ms. Sandoval what has been marked as Exhibit A for the purposes of this interview.

MRS. SANDOVAL:         Those are my pills, the diuretics.

MS. MORGAN:            I'm now showing Ms. Sandoval Exhibit B for this hearing.  What are these?

MRS. SANDOVAL:         This is a tranquilizer so it will help me with my nerves because I get this in my eye like if I'm going to have paralysis and these two are for my heart.

MS. MORGAN:            I'm now showing you Exhibit C.  Do you recognize these?

MRS. SANDOVAL:         Yes.

4

5

MS. MORGAN:            And what are they?

MRS. SANDOVAL:        This is terazafina for the heart [for cholesterol
                      correction] and this is for the heart terazafina.

MS. MORGAN:           Ms. Sandoval, do these pictures fairly and accurately
                      represent your medications?

MRS. SANDOVAL:        Yes.

MS. MORGAN:           Thank you.

MS. MORGAN            Ms. Sandoval, because of your medication and because
                      of your health, are you able to travel?

MRS. SANDOVAL:        No, I cannot travel.  I get dizzy, my blood pressure goes
                      down, I can't travel, I vomit a lot.

MS. MORGAN            Okay.  Now I want to talk about Esmeralda's car again,
                      okay?  I'm now showing Ms. Sandoval what is marked
                      Exhibit D for this interview.  Do you recognize that?

MRS. SANDOVAL:        Yes.

MS. MORGAN:           What is that?

MRS. SANDOVAL:        It's my daughter's truck.

MS. MORGAN:           When did Esmeralda get that truck?

MRS. SANDOVAL:        It's been like uh it would probably be like 8 or 9 months
                      almost.

MS. MORGAN:           And did that truck ever have problems?  ... Excuse me.
                      Did Esmeralda ever have problems with that truck?

MRS. SANDOVAL:        Previously she didn't, not until the day she took it to the
                      shop.  It had been giving problems like for about a week.

**6**

MS. MORGAN:        Can you describe the problems it was having?

MRS. SANDOVAL:    It would just like turn off and then it would like shake all
                  over and then it would like go off and then go on again
                  and that's why they said it was something that had to do
                  with the electrical problem.  Probably the alternator I
                  don't know.

MS. MORGAN:        Now Ms. Sandoval, you mentioned that Ms. Salazar took
                  it to a shop.  About how long before her arrest did she do
                  that?

MRS. SANDOVAL:    About half a week before.

MS. MORGAN:        Did you ever go with Ms. Salazar to take it to a shop?

MRS. SANDOVAL:    Yes, one day I went with her but we didn't leave the
                  truck there.  We came back both of us in the truck.  Then
                  on the following day she went back herself.

MS. MORGAN:        The day that she went by herself, did she tell you what
                  she planned to do?

MRS. SANDOVAL:    No.  She told me that she would go to the other side if
                  they needed her to bring anything that the truck needed.
                  But that she didn't know and she said "why" and I said
                  because I wanted you to bring me some tennis shoes.
                  But she said she still didn't know.  She said she would let
                  me know later.

MS. MORGAN:        When Esmeralda told you those things was that the day
                  she was she dropped the car off or after?

MRS. SANDOVAL:    That she was going to the other side for the parts?  I
                  didn't understand.

MS. MORGAN:        Let me ask it a different way.  You just told us that you
                  went with her one day to drop the car off but you didn't
                  drop the car off that day.

6

7

MRS. SANDOVAL:     Correct.

MS. MORGAN:     The next day what did Esmeralda tell you she planned to do with the car?

MRS. SANDOVAL:     That she was going to take it to a different shop that a female friend had told her to take it to.

MS. MORGAN:     Did she drop the car off somewhere that day?

MRS. SANDOVAL:     At the shop.  She told me she had dropped it off at the shop.

MS. MORGAN:     Did she come back without the car?

MRS. SANDOVAL:     Yes, she came back without the car.

MS. MORGAN:     Did Esmeralda tell you when she planned to pick up the car?

MRS. SANDOVAL:     Whenever they called her and let her know that it was ready.  That they were going to check it to see what was wrong with it.

MS. MORGAN:     Now I want to talk about the day Esmeralda was arrested.   Did you see Esmeralda that morning?

MRS. SANDOVAL:     Yes.

MS. MORGAN:     What was she wearing?

MRS. SANDOVAL:     She was wearing levi pants and she had a blouse but I can't remember, I'm not sure about the color.  But she did have a red sweater on it was something like that type like yours.  And it was corduroy and it had some buttons down and but it was red and it was like a jacket and she was also wearing the levi pants and some tennis shoes.

MS.MORGAN:           That morning when you saw her, did Esmeralda tell you what her plans were for that day?

MRS. SANDOVAL:       No, she just said she was going to pick up the car.

MS.MORGAN:           Did she tell you what she planned to do with the car?

MRS. SANDOVAL:       She said I'm going to go pick up the car.  If it's ready I'll come back and I'm going to go get the car, if it's ready I'll just come back and if they ask me to go and get a part, well then I'll go and get it.

MS. MORGAN:          Did you see Esmeralda again that day?

MRS. SANDOVAL:       I didn't see her anymore.

MS. MORGAN:          And how did Esmeralda leave to go get the car?  How did Esmeralda leave when she told you she went to get the car?

MRS. SANDOVAL:       In a cab.

MS.MORGAN:           After Ms. Salazar's arrest, did you go to the port of entry?

MRS. SANDOVAL:       Yes.  We did go but I'm not sure how many days after and but it was a struggle it was a hassle.   We went here, we went there, we didn't know where we would get the things.  But we did go once she told us to come and get them.  But we went to the port of entry the new one.

MS. MORGAN:          Who is we?  Who did you go with?

MRS. SANDOVAL:       With my son-in-law.  With Reynaldo.

MS. MORGAN:          And why did you go to the port of entry?

MRS. SANDOVAL:       Because we went to get my daughter's belongings.

MS. MORGAN:        Did they, did they give the belongings to you or Reynaldo?

MRS. SANDOVAL:     Reynaldo.

MS. MORGAN:        Can you tell me how that happened, what you saw?

MRS. SANDOVAL:     Yes we both went.  But then the officer said only that only him, only one person is allowed.  So he said if you want you can wait for me in the truck but I said no I'll go with you.  And I was there but I was just outside.   He just went in barely in.

MS. MORGAN:        And when he came out what was he carrying?

MRS. SANDOVAL:     The little bag.

MS. MORGAN:        Ms. Sandoval, is this the bag you're referring to?

MRS. SANDOVAL:     Yes, this one.  The only thing he had.  He walked out with it in his hand.

MS.MORGAN:         And what was, was there anything in the bag?

MRS. SANDOVAL:     Okay that was there, like the ring, the little chain and these earrings that belong to her and her license and everything that's here that's what it had.

MS. MORGAN:        Was this picture one  of the things in the bag?

MRS. SANDOVAL:     Yes she would always carry it with her.  It's her father.

MS. MORGAN:        Now, I'm showing you, um, a plastic card that appears to be her license?  Is that the license you're talking about ?

MRS. SANDOVAL:     Yes, that's her license.

MS. MORGAN:        Where was that?

9

**10**

MRS. SANDOVAL:          In the purse along with this inside here.

MS. MORGAN:             Okay.  Okay.  Thank you Ms. Sandoval.  I have no
                        further questions.

11

Exhibit B

# Public Notarial Attorney
## Office Number
# TEN

# Ramiro E. Duarte Quijada, Esq.

**OFFICIAL DOCUMENT (36,826)**
**VOLUME NUMBER (1,205)**

**FIRST TESTIMONIAL EVIDENCE COMPRISING:**

**RATIFICATION AND AFFIDAVIT GIVEN**
**BY MRS. MARIA DOLORES SANDOVAL PERALES**
**AND MRS. LORENA GARCIA.-**

197-7 "E" Street, Colonia Nueva
Tel.: (686) 552-24-05 and 07 / 552-52-60
Mexicali, B.C.
notariomexicali@prodigy.net.mx
notariadiez@mexicalibc.org

**OFFICIAL DOCUMENT (36,826)**
**VOLUME NUMBER (1,205)**

**FIRST TESTIMONIAL EVIDENCE COMPRISING:**

**RATIFICATION AND AFFIDAVIT GIVEN**
**BY MRS. MARIA DOLORES SANDOVAL PERALES**
**AND MRS. LORENA GARCIA.-**

14

1

# Public Notarial Attorney Office No.
# TEN
### RAMIRO E. DUARTE QUIJADA, ESQ.
### MEXICALI, B.C.

**OFFICIAL DOCUMENT (36,826) THIRTY SIX THOUSAND EIGHT HUNDRED TWENTY-SIX**

**VOLUME NUMBER (1,205) ONE THOUSAND TWO HUNDRED FIVE**

On **APRIL TWENTY-ONE OF TWO THOUSAND EIGHT** in the City of Mexicali, State of Baja California, before me, ***RAMIRO E. DUARTE QUIJADA, ESQ., OFFICEHOLDER of Public Notarial Attorney Office No. Ten of this Municipality,*** there appeared:Mrs. **MARIA DOLORES SANDOVAL PERALES,** a Mexican citizen, native of Zacatecas, where she was born on May fifteen, nineteen fifty-seven, a homemaker, unmarried and domiciled at number Five hundred twenty-four Nules Street in the Quintas del Rey Subsection of this City, and Mrs. **LORENA GARCIA,** a native of Tijuana, Baja California, where she was born on December twenty-eight, nineteen sixty-seven, married, an investigator domiciled at Two Hundred twenty-five Broadway Avenue in the City of San Diego, California, United States of America, and stated:

### STATEMENTS

Upon solemnly affirming to act truthfully relative to everything they were to testify, and having been admonished as to the penalties to which persons who act untruthfully are subject to, the appearing parties stated as follows:

**FIRST.-** Mrs. **MARIA DOLORES SANDOVAL PERALES** stated:

That on April fourth of this year, Mrs. **LORENA GARCIA** went to her house located at number Five hundred twenty-four Nules Street in the Quintas del Rey Subsection of this City and fully identified herself as an investigator with Federal Defenders of San Diego; Mrs. Garcia was accompanied by Miss **LEILA MORGAN**, assisted by Mrs. **CARMEN ALICIA DE LA PARRA**, in her capacity as an officially certified court interpreter.  They asked me if I would be willing to answer some questions and that these would be video-recorded and transcribed, to which I fully agreed.

**SECOND.-** Mrs. **LORENA GARCIA** stated:

That she is a Federal Defenders of San Diego, Inc. investigator, that she attests that on April fourth of this year, she came to this City accompanied by Miss **LEILA MORGAN** and Mrs. **CARMEN ALICIA DE LA PARRA,** and went to the residence of Mrs. **MARIA DOLORES SANDOVAL PERALES** located at number Five hundred twenty-four Nules Street in the Quintas del Rey Subsection of this City, with the purpose of asking questions relative to several facts, and thereby requesting prior authorization for the questions to be asked and likewise to video-record said questioning.  To this Mrs. **MARIA DOLORES SANDOVAL PERALES** expressed her consent and swore to act truthfully.- She continues stating that she was present during the questioning and was the individual who video-

**15**

2

recorded the questions that were posed.-

**THIRD.-** Mrs. **MARIA DOLORES SANDOVAL PERALES** and Mrs. **LORENA GARCIA** state that in order to establish certain facts they exhibit a written document referred to as an affidavit consisiting of (08) eight letter-size sheets of paper with writing on one side only, of which I attach a Photostat copy marked with the **LETTER "A"** to the Appendix corresponding to this document, returning the original to the parties with the pertinent certification, and they request that I, the Notarial Attorney, certify they ratify the contents of said written document signed on this date, and that they acknowledge as their own the signatures that appear affixed to the document.-

There being no legal impediment to perform the proceeding requested, I, the Notarial Attorney, certify that the appearing parties ratified the contents of said document and acknowledged as their own the signatures that appear affixed at the end of the written document of which they exhibited the original to me.-

I, the Notarial Attorney, certify: to the truth of the proceeding; that not being known to me personally, the appearing parties identified themselves to the satisfaction of the undersigned; to my legal capacity for this notarization and that their identifying information appears in the document marked with the **LETTER "B"** attached to the Appendix in the file of this officially recorded document.-

Once this record was read to the appearing parties and having explained to them the legal weight and consequences of its contents, they expressed their agreement and signed the record on the day it was notarized, being it does not incur any assessments.- IN WITNESS WHEREOF.-

Maria Dolores Sandoval Perales (signed).- One illegible signature.- (signed).- RDuarte.- (signed).- The authorizing seal.-------------------------------------------------------------------------------------------

------------------------------------------------ OF THE APPENDIX --------------------------------------------------

A copy of the documents marked with the **LETTERS "A" and "B"** are attached to the Appendix on one folio, including the Appendix cover page.------------------------------------------------------------------

**THIS IS THE FIRST NOTARIAL CERTIFICATION ISSUED TO LORENA GARCIA FOR HER UTILIZATION.  IT HAS BEEN COLLATED AND CORRECTED ON ONE FOLIO WITH ATTACHMENTS.- IN WITNESS WHEREOF.- MEXICALI, BAJA CALIFORNIA, APRIL TWENTY- ONE, TWO THOUSAND EIGHT.**          [illegible signature]

[There appears an affixed stamp of the Bar of Notarial Attorneys of the State of Baja California, Mexico, bearing number AA0297[illegible]8] [At beginning and end of the notarial text there appears a stamped seal:]

RAMIRO E. DUARTE QUIJADA, ESQ.
UNITED MEXICAN STATES
[NATIONAL EMBLEM]
PUBLIC NOTARIAL ATTORNEY NUMBER TEN

[At margin each of the two pages of the notarial certification bears a handwritten mark and a stamped seal reading:]  COLLATED

*[The above translation of a certification notarized by a Mexican notary on April 21, 2008  is a true and correct translation from Spanish into English performed to the best of my knowledge and ability on April 22, 2008. Yolanda France, Interpreter, U.S. Courts Certification 93-467]*

# Public Notarial Attorney
# Office Number
# TEN

# *A P P E N D I X*

**FILE PERTAINING TO OFFICIAL PUBLIC RECORD NUMBER:  38,826
VOLUME NUMBER: 1,205**

## *NATURE OF THE PROCEEDING:*

*STATEMENT AND SIGNATURE CERTIFICATION*

## *CONTENTS:*

*A.-  "AFFIDAVIT" DOCUMENT*

*B.-  FORMS OF IDENTIFICATION*

*APRIL 21, 2008, MEXICALI, BAJA CALIFORNIA.*

17

This is a transcription of the testimony given and solemnly affirmed to be truthful by Mrs. Maria Dolores Sandoval Perales on April 4 of this year at the residence located at 524 Nules Street, Quintas del Rey Subsection, Mexicali, Baja California. The aforementioned testimony was translated by Mrs. Carmen Alicia De La Parra translating from English to Spanish and vice versa. This testimony has been reproduced in the questions and answers below.

| | |
|---|---|
| DE LA PARRA: | Ma'm they are going to ask you to raise your right hand to take an oath. You may raise it in this manner. |
| SANDOVAL: | Yes. |
| DE LA PARRA: | Mrs. Sandoval, do you swear or affirm that the testimony you are about to give is the truth, the whole truth and nothing but the truth? |
| SANDOVAL: | Yes. |
| DE LA PARRA: | You may lower your hand, thank you. Can you please tell us your name? |
| SANDOVAL: | Maria Dolores Sandoval Perales. |
| DE LA PARRA: | Mrs. Sandoval, do you know Esmeralda Salazar Sandoval? |
| SANDOVAL: | Yes, she is my daughter. |
| DE LA PARRA: | And you understand the reason for which we are here today is for you to give a statement to be used at Esmeralda Salazar Sandoval's trial? |
| SANDOVAL: | Yes. |
| DE LA PARRA: | And you understand that the prosecutor . . . the person taking the case to court on behalf of the Government was invited to come today? |
| SANDOVAL: | Yes. |
| DE LA PARRA: | She is not present here today, but had she come, would you have answered her questions? |
| SANDOVAL: | Yes, of course. |

2

**18**

DE LA PARRA:    You said that Miss Salazar Sandoval is your daughter?

SANDOVAL:    Yes.

DE LA PARRA:    Where does she live?

SANDOVAL:    Here.  Here with me in this house.

DE LA PARRA:    And where are you?  Where is your house?

SANDOVAL:    Quintas del Rey, 424 Nules Street, I think it's 524, 524, pardon me, yes.  In Mexicali.

DE LA PARRA:    And is this in Mexico?

SANDOVAL:    Yes.

DE LA PARRA:    In addition to your daughter Esmeralda and yourself, who else lives here?

SANDOVAL:    Her husband.

DE LA PARRA:    What is his name?

SANDOVAL:    Reynaldo.

DE LA PARRA:    Do you know his last name?

SANDOVAL:    Yes, Peralta Medina or I don't know if it's the other way around.  Medina Peralta, just so, those two.  Peralta Medina, Medina.

DE LA PARRA:    And how long has Esperanza been with Mr. Medina?

SANDOVAL:    Esperanza?

DE LA PARRA:    Esmeralda.  How long has your daughter been with him?

SANDOVAL:    About 8 months.  It's been 8 months since we've been living with her in this house.  Before that, I don't know for how long.

DE LA PARRA:    Does your daughter have a car?

SANDOVAL:    Yes.

DE LA PARRA:      What car does she have?

SANDOVAL:         She had a blue and white truck.

DE LA PARRA:      Mrs. Sandoval, I'm going to go back a bit. How is your health today?

SANDOVAL:         Fine.

DE LA PARRA:      Mrs. Sandoval, do you have any health problems?

SANDOVAL:         Yes.

DE LA PARRA:      Are you presently taking medication?

SANDOVAL:         Yes.

DE LA PARRA:      What medications do you take?

SANDOVAL:         Everything that I have there.

DE LA PARRA:      We're going to run through them, okay?

SANDOVAL:         Fine.

DE LA PARRA:      Is this one of your medications?

SANDOVAL:         Yes, it's for cholesterol, I take it.

DE LA PARRA:      And this one?

SANDOVAL:         It's for nervousness, to be able to sleep at night.

DE LA PARRA:      And this one?

SANDOVAL:         It's for the heart, it's Tritace.

DE LA PARRA:      And this one?

SANDOVAL:         As well, its Digoxin for the heart.

DE LA PARRA:      And this one?

SANDOVAL:         This one is also a sedative, but to feel calm during the day.

It's more for this, part of my eye that gets . . . since my nerves are affected . . . my face trembles a lot. It gets numb as if if [I/it] were to get paralyzed.

DE LA PARRA:     And this one?

SANDOVAL:     It's a diuretic.

DE LA PARRA:     A diuretic?

SANDOVAL:     To get fluid out of the lungs. If I don't take this one I get all swollen and can't breath.

DE LA PARRA:     Mrs. Sandoval, now I'm going to show you some photographs and ask you if you recognize them.

SANDOVAL:     Yes, they are my pills, the diuretics.

DE LA PARRA:     What are these?

SANDOVAL:     This one for sleeping and so is this one. But this one is a relaxant for the nerve in my eye, well, for calming down. It's like if a paralysis is coming on and this helps me a great deal to calm down some. And this is the same, for the heart.

DE LA PARRA:     Now, I'm showing you Exhibit "C". Do you recognize these?

SANDOVAL:     Yes.

DE LA PARRA:     What are they?

SANDOVAL:     Pravastatin for cholesterol and this one is also for the heart, Tritace.

DE LA PARRA:     And do these photographs demonstrate the . . . do they reflect the medications exactly the way they are?

SANDOVAL:     Yes.

DE LA PARRA:     Thank you. Due to the medications you take and to your health, can you travel?

SANDOVAL:     No, I cannot travel. I become very dizzy, my blood pressure goes down, I feel . . . no, I cannot travel. I vomit a great deal.

21

| | |
|---|---|
| DE LA PARRA: | Now we are again going to talk about Esmeralda's car. Do you recognize it? |
| SANDOVAL: | Yes. |
| DE LA PARRA: | What is it? |
| SANDOVAL: | It's my daughter's truck. |
| DE LA PARRA: | Since when has Esmeralda had this truck? |
| SANDOVAL: | It's been about, by now it's going to be about 8 or 9 months. |
| DE LA PARRA: | And did Esmeralda ever have any problems with that truck? |
| SANDOVAL: | Not before. Until the day she took it to the shop. It had been giving trouble for about a week or so. |
| DE LA PARRA: | Can you tell us what types of problems it had? |
| SANDOVAL: | Yes. It would shut off . . . and, uh, it was rocking a lot. It was shaking like when it wants to shut off, but it would turn on and off. This is why [I/she] thought it was something electrical, possibly the alternator, I don't know. |
| DE LA PARRA: | Mrs. Sandoval, you mentioned that Mrs. Salazar took it to the shop, the truck. About how long before her arrest was this? |
| SANDOVAL: | About half a week before. |
| DE LA PARRA: | And did you ever go with Mrs. Salazar to take it to the shop? |
| SANDOVAL: | Yes, we went but we didn't leave it. I went with her but did not leave it. The two of us returned in the truck. She went the following day. |
| DE LA PARRA: | On the day that she went by herself, did she tell you what she was going to do? |
| SANDOVAL: | No. She mentioned that if . . . I asked her if she was going to cross to the other side and she told me she didn't know. That if they asked her to go bring what was needed for the truck she would go, but if they didn't she wouldn't. "Why?" she asked |

me. I told her it was because I wanted her to bring me some tennis shoes. She told me she didn't know whether they would need her to go or not. "I'll tell you later," she told me.

DE LA PARRA:    When Esmeralda told you this, was it on the day she went to drop the car off or was it afterward?

SANDOVAL:    That she was going to cross to the other side for parts? I don't understand.

DE LA PARRA:    I'm going to ask this in a different way. You told us that on one day you went to drop the car off at the shop but you didn't leave it that day.

SANDOVAL:    That's right.

DE LA PARRA:    On the following day, what did Esmeralda tell you she was planning to do with the car?

SANDOVAL:    That she was going to take it to another shop that a girlfriend of hers had recommended to her.

DE LA PARRA:    And on that day, did she leave the car somewhere?

SANDOVAL:    Well, at the shop. She told me she had left it at the shop.

DE LA PARRA:    Did she come back without the car?

SANDOVAL:    Yes, she returned without the car.

DE LA PARRA:    Did Esmeralda tell you when she was planning on picking the car up?

SANDOVAL:    Once they called her to say it was ready. They were going to check it to, to see what was wrong with it.

DE LA PARRA:    Now we're going to talk about the day Esmeralda was arrested. Did you see her that morning?

SANDOVAL:    Yes.

DE LA PARRA:    What was she wearing?

SANDOVAL:    Denim slacks and a blouse, no . . . I'm not sure what color the

7

23

blouse was, because she put on a red sweater over it, like a, well like the one you have, but made of, well, like corduroy. But like open, with little buttons and little lapels. Red in color. But as to the blouse, I don't remember. Yes, I don't remember because she was wearing the jacket over it. The denim slacks and tennis shoes.

DE LA PARRA:    That morning, when you saw her, did Esmeralda tell you what she was planning on doing the rest of the day?

SANDOVAL:    No, she didn't tell me. She just told me she was going to pick her car up.

DE LA PARRA:    And did she tell you what she was going to do with the car?

SANDOVAL:    No, she told me that if it was ready, she was coming back here. In other words, "I'll be right back," she said to me. "If my car is ready I'll be right back. If I go pick up, to bring what they tell me to, I'll go and get it."

DE LA PARRA:    Did you see Esmeralda again that day?

SANDOVAL:    I did not see her again.

DE LA PARRA:    When Esmeralda said she was going for the car, how did she go?

SANDOVAL:    In a taxi.

DE LA PARRA:    After they arrested Mrs. Salazar, did you go to the port of entry?

SANDOVAL:    Yes, but I'm not certain how many days afterwards. Because it took a lot of effort to, we went from one place to another. Because we couldn't find where they would give us the belongings, until she told us that yes, that we could pick them up and we went to the new port of entry.

DE LA PARRA:    Who went? Who did you go with?

SANDOVAL:    With my son-in-law. Together with Reynaldo.

DE LA PARRA:    And why did you go to the port of entry?

SANDOVAL:    Because we went to pick up my daughter's belongings.

DE LA PARRA:     Did they turn over the belongings to you or to Reynaldo?

SANDOVAL:     To Reynaldo.

DE LA PARRA:     Can you tell us how that happened, what is it that you saw?

SANDOVAL:     Yes, it's that we both went. But the officer said that only he was going to enter. In other words, you know, one person. He entered. He said to me, "If you want, stay in the truck," he says to me. "No," I tell him, "I'll go with you." We went, I remained right outside the door and he entered. Just like so, a bit on the inside, and the officer took him inside.

DE LA PARRA:     And what did he have when he came out?

SANDOVAL:     The little bag.

DE LA PARRA:     Mrs. Sandoval, is this the bag you are referring to?

SANDOVAL:     Yes, this one. It's the only thing he came out with, with her little bag in his hand. That's all.

DE LA PARRA:     And was there something inside the bag?

SANDOVAL:     Yes, that was there, her ring, the ring, the little chain, these little earrings which are hers and her license. What was there was that and this here.

DE LA PARRA:     Was the photograph one of the things that was in the bag?

SANDOVAL:     Yes, she always keeps it there. It's her father.

DE LA PARRA:     I'm now showing you a plastic card that seems to be her license. Is this the license you are referring to?

SANDOVAL:     Yes, that's her license.

DE LA PARRA:     And where was that?

SANDOVAL:     In the bag, together with this, inside.

DE LA PARRA:     Thank you very much Mrs. Sandoval. I have no further questions.

9

**25**

*[At upper lefthand corner of each of the 8 pages of the Spanish transcription there appears a stamped seal:]*

RAMIRO E. DUARTE QUIJADA, ESQ.
UNITED MEXICAN STATES
[NATIONAL EMBLEM]
**PUBLIC NOTARIAL ATTORNEY NUMBER TEN**

*[At lower righthand corner of each of the 8 pages of the Spanish transcription there appear two signatures:]*

> *[one legible:] Maria Dolores Sandoval Perales*
> *[one illegible signature]*

10

**26**

[stamped seal:]
RAMIRO E. DUARTE QUIJADA, ESQ.
UNITED MEXICAN STATES
[NATIONAL EMBLEM]
PUBLIC NOTARIAL ATTORNEY NUMBER TEN

I, RAMIRO E. DUARTE QUIJADA, ESQ.,OFFICEHOLDER of **Public Notarial Attorney Office No. Ten of this Municipality.**------------------------------------------------------------------------------

----------------------------------------------------- CERTIFY:  -----------------------------------------------------

That Mrs. **MARIA DOLORES SANDOVAL PERALES** and Mrs. **LORENA GARCIA**, duly identified before me, **RATIFIED** a written **AFFIDAVIT,** signed on the same aforementioned date, and acknowledged as their own the signatures that appear affixed to said document, as stated on the Record of this same date, Number   **(36,826) THIRTY-SIX THOUSAND EIGHT HUNDRED TWENTY-SIX of Volume (1,205) ONE THOUSAND FIVE** of the Official Register under my responsibility.- In Witness Whereof.------------------------------------------------Mexicali, Baja California, **APRIL TWENTY-ONE TWO THOUSAND EIGHT.**-------------------------------------------------------------

**[illegible signature]**
**RAMIRO E. DUARTE QUIJADA, ESQ.**
**NOTARIAL ATTORNEY NUMBER TEN**
[There appears a stamped seal partially
overlapping the above title and signature:]

RAMIRO E. DUARTE QUIJADA, ESQ.
UNITED MEXICAN STATES
[NATIONAL EMBLEM]
PUBLIC NOTARIAL ATTORNEY NUMBER TEN

*[Page numbers have been added to the English translation.][The above translation of an affidavit notarized as Attachement "A" to Official Public Document No. 38,826 of Notarial Attorney Office No. 10 of Mexicali, Baja California, Mexico, is a true and correct translation from Spanish into English performed to the best of my knowledge and ability on April 23, 2008. Yolanda France, Interpreter, U.S. Courts Certification 93-467]*

11

**27**

*[Summary of the photostat copy of 2 pages of a passport in English, the photostat copy bearing two stamped seals in Spanish.]*

Mexican Notarial Attorney seal of Ramiro E. Duarte Quijada on the upper left hand corner of the photostat copy of two pages from a United States of America passport issued to Lorena Garcia with the following information:

| | |
|---|---|
| Date of issue: | October 1, 2007 |
| Expiration date: | September 30, 2017. |
| Name: | Lorena |
| Surname: | Garcia |
| Date of birth: | December 28, 1967 |
| Passport No.: | 432921001 |

[Stamped seal:] *Collated* [handwritten mark]

---

*[Summary translation]*

Mexican Notarial Attorney seal of Ramiro E. Duarte Quijada on the upper left hand corner of a page reflecting the photostat copy of two sides of a Mexican National Voter Identification Card with the following information:

| | |
|---|---|
| [FRONT:] | |
| NAME: | SANDOVAL PERALES, MARIA DOLORES |
| GENDER: | F |
| ADDRESS: | NO NUMBER/29 STATE |
| | GRANJAS NUEVAS SUBSECTION |
| | MEXICALI, B.C. |
| DATE OF ISSUE: | 1995 |
| AGE: | 39 |
| NATIONAL VOTER ID CODE: | SNPRDL56051514M400 |
| | |
| [BACK:] | |
| SERIAL NUMBER: | 046555796125 |
| SIGNATURE: | *M.DOLORES SANDOVAL P.* |
| | [FINGERPRINT] |

[Stamped seal:] *Collated* [handwritten mark]

*[The above summary translation notarized as Attachement "B" of Official Public Document No. 38,826 by the Officeholder of Notarial Attorney Office No. 10 of Mexicali, Baja California, Mexico, is a true and correct translation from Spanish into English performed to the best of my knowledge and ability on April 25, 2008. Yolanda France, Interpreter, U.S. Courts Certification 93-467]*

**28**

[letterhead seal]
UNITED STATES
OF MEXICO

[national emblem]
**B.C.**

M-387-2008

**Mexico**

**Apostille**
**(Convention de la Haye du 5 octobre 1961)**

Fees_____ $ 424.00_____

Order No.___M-387-2008._____

This public document has been signed in Mexico by _RAMIRO E. DUARTE QUIJADA, ESQ.____, **acting in his capacity as**__NOTARIAL PUBLIC ATTORNEY NUMBER TEN IN AND FOR MEXICALI, BAJA CALIFORNIA._____ **and it bears the seal belonging to the** ____PUBLIC NOTARIAL OFFICE NUMBER TEN IN AND FOR MEXICALI, BAJA CALIFORNIA._____

_____

Certified at __MEXICALI, B.C._____ by __JUAN MANUEL LINARES BORBOA, ESQ.,_____ GOVERNMENTAL ANALYST_____

_____MEXICALI, B.C., APRIL 21, 2008_____

_____[illegible signature]_____.
**Signature**

[At upper right hand and lower left hand
a stamped seal partially
covering the Apostille]
UNITED MEXICAN STATES
[National Emblem]
GENERAL ADMINISTRATION
FREE AND SOVEREIGN
STATE OF BAJA CALIFORNIA

*[The above translation of an Apostille certified in Mexicali, Baja California on April 21, 2008, is a true and correct translation from Spanish into English, performed to the best of my knowledge and ability. Yolanda France, Court Interpreter, U.S. Courts Certification No. 93-467, April 25, 2008.]*

29



### Notaría Pública
# DIEZ

## Lic. Ramiro E. Duarte Quijada

INSTRUMENTO (36,826)
VOLUMEN NÚMERO (1,205)

PRIMER TESTIMONIO QUE CONTIENE:

RATIFICACIÓN Y DECLARACIÓN TESTIMONIAL DE
LAS SEÑORAS MARIA DOLORES SANDOVAL PERALES
Y LORENA GARCIA.-

Calle "E" 197-7 Colonia Nueva
Tel.: (686) 552-24-05 y 07 / 552-52-60
Mexicali, B. C.
notariomexicali@prodigy.net.mx
notariadiez@mexicalibc.org

INSTRUMENTO (36,826)
VOLUMEN NÚMERO (1,205)

PRIMER TESTIMONIO QUE CONTIENE:

RATIFICACIÓN Y DECLARACIÓN TESTIMONIAL DE
LAS SEÑORAS MARIA DOLORES SANDOVAL PERALES
Y LORENA GARCIA.-

Notaría Pública

# DIEZ

LIC. RAMIRO E. DUARTE QUIJADA
MEXICALI, B. C.

1

...MENTO (36,826) TREINTA Y SEIS MIL OCHOCIENTOS VEINTISÉIS ...OLUMEN NÚMERO (1,205) MIL DOSCIENTOS CINCO

... de Mexicali, Estado de Baja California, México, el día **VEINTIUNO** de ... año **DOS MIL OCHO**, ante mí, *LICENCIADO RAMIRO E. DUARTE QUIJADA, TITULAR de la Notaría Pública Número Diez de esta Municipalidad*, comparecieron: la señora **MARIA DOLORES SANDOVAL PERALES**, de nacionalidad mexicana, originaria de Zacatecas, donde nació el día quince de mayo de mil novecientos cincuenta y siete, soltera, dedicada al hogar, y con domicilio en Calle Nules número quinientos veinticuatro del Fraccionamiento Quintas del Rey de esta Ciudad, y la señora **LORENA GARCIA**, originaria de Tijuana, Baja California, donde nació el veintiocho de diciembre de mil novecientos sesenta y siete, casada, investigadora con domicilio en Doscientos Veinticinco de la Avenida Broadway, de la Ciudad de San Diego, California, Estados Unidos de América y dijeron:

## DECLARACIONES

Después de ser protestadas para conducirse con verdad en todo lo que tengan que declarar y una vez que fueran advertidas de las penas en que incurren las personas que se conducen con falsedad, las comparecientes manifestaron lo siguiente:

**PRIMERA.-** La señora **MARIA DOLORES SANDOVAL PERALES** manifestó:

Que el día cuatro de abril del presente año, acudió a su domicilio ubicado en Calle Nules número quinientos veinticuatro del Fraccionamiento Quintas del Rey de esta Ciudad la señora **LORENA GARCÍA**, quien se identificó plenamente y dijo ser investigadora del Federal Defenders of San Diego; ella era acompañada por la señorita **LEILA MORGAN** y por la señora **CARMEN ALICIA DE LA PARRA;**

La señorita **LEILA MORGAN**, asistida por la señora **CARMEN ALICIA DE LA PARRA** como perito traductor oficial, me preguntaron si estaría de acuerdo a contestar unas preguntas y que estas serían video grabadas y transcritas, para lo cual accedí plenamente;

**SEGUNDA.-** La señora **LORENA GARCIA** manifestó:

Que es investigadora de Federal Defenders of San Diego, Inc, que hace constar que el día cuatro de abril de presente año, se trasladó a esta Ciudad acompañada de la señorita **LEILA MORGAN** y por la señora **CARMEN ALICIA DE LA PARRA**, al domicilio de la señora **MARIA DOLORES SANDOVAL PERALES** ubicado en Calle Nules número quinientos veinticuatro del Fraccionamiento Quintas del Rey, con el fin de realizar unas preguntas relativas a varios hechos, para lo cual solicitó la autorización previa para que se realizaran las preguntas y a su vez para video grabar dicho interrogatorio, para lo cual la señora **MARIA DOLORES SANDOVAL PERALES** manifestó su consentimiento y juró conducirse con la verdad.-

Continúa declarando que ella estuvo presente en el interrogatorio y fue quien video grabó las preguntas que se le formularon.-

**TERCERA.-** Manifiestan las señoras **MARIA DOLORES SANDOVAL PERALES** y

2

**LORENA GARCÍA**, que a fin de acreditar determinados hechos presentan un escrito al que se le denomina declaración testimonial, que consta en (08) ocho hojas tamaño carta escritas por uno solo de sus lados, del cual agrego una copia fotostática marcada con la **LETRA "A"** al Apéndice correspondiente a esta escritura y devuelvo el original a las interesadas con la certificación correspondiente, y que desean que yo, el Notario, de fe de que ratifican el contenido de dicho escrito, firmado en esta fecha, y de que reconocen como suyas las firmas que en dicho ejemplar aparecen estampadas.-

No teniendo inconveniente legal alguno para llevar a cabo la actuación que se me solicita, Yo, el Notario, doy fe de que las comparecientes ratificaron el contenido de dicho documento y reconocieron como suyas las firmas que aparecen estampadas al final del escrito que me exhibieron en original.-

Yo, el Notario, doy fe: de la verdad del acto; de que las comparecientes por no serme personalmente conocidos, se identificaron a satisfacción del suscrito; de su capacidad legal para este otorgamiento y de que sus datos de identificación constan en el documento que marcado con la **LETRA "B"** se agregan al Apéndice, en el legajo correspondiente a este instrumento.-

Leída que fue esta acta a las comparecientes y habiéndoles explicado el valor y consecuencia legales de su contenido, expresaron su conformidad con ella y la firmaron el día de su otorgamiento, autorizándolo el mismo día de su otorgamiento por no causar impuesto alguno.- DOY FE.-

María Dolores Sandoval Perales (firmado).- Una firma ilegible.- (firmado).- RDuarte.- (firmado).- El sello de autorizar.- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - **DEL APÉNDICE** - - - - - - - - - - - - - -

En una foja útil se inserta a este instrumento copia de los documentos que marcados con las **LETRAS "A"** y **"B"** obran agregados al Apéndice, incluyendo la hoja de la carátula del Apéndice.- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**ES PRIMER TESTIMONIO QUE SE EXPIDE PARA USO DE LA INTERESADA, LORENA GARCIA. VA COTEJADO Y CORREGIDO EN UNA FOJA ÚTIL, Y ANEXOS.- DOY FE.- MEXICALI, BAJA CALIFORNIA, A VEINTIOCHO DE ABRIL DEL AÑO DOS MIL OCHO. -**

**33**



# *A P É N D I C E*

*LEGAJO CORRESPONDIENTE A LA ESCRITURA PÚBLICA NÚMERO:    38,826*
*VOLUMEN NÚMERO:       1,205*

## *CLASE DE OPERACIÓN:*

*DECLARACIÓN Y RATIFICACIÓN DE FIRMA*

## *C O N T I E N E :*

**A.- DOCUMENTO "DECLARACIÓN TESTIMONIAL"**

**B.- IDENTIFICACIONES**

*MEXICALI, BAJA CALIFORNIA,  a  21 DE ABRIL DEL 2008.-*

**34**

Esta es una transcripción del testimonio rendido por la Sra. María Dolores Sandoval Perales bajo protesta de decir verdad rendida el día 4 de abril del año en curso, en la ciudad de Mexicali, Baja California en el domicilio Fraccionamiento Quintas del Rey, Calle Nules, #524, de esta Ciudad. El testimonio mencionado anteriormente fue traducido por la Sra. Carmen Alicia De La Parra traduciendo del ingles al español y vice versa mismo que quedó plasmado en este pliego de preguntas y respuestas.

|  |  |
|---|---|
| | Señora le van a pedir que levante la mano derecha para que preste un juramento. La puede levantar así. |
| SANDOVAL: | Sí. |
| DE LA PARRA: | ¿Sra. Sandoval, jura usted o declara que el testimonio que está por rendir es la verdad, toda la verdad y nada más que la verdad? |
| SANDOVAL: | Sí. |
| DE LA PARRA: | Puede bajar su mano, gracias. ¿Nos puede decir su nombre, por favor? |
| SANDOVAL: | María Dolores Sandoval Perales. |
| DE LA PARRA: | ¿Sra. Sandoval, conoce usted a Esmeralda Salazar Sandoval? |
| SANDOVAL: | Sí, es mi hija. |
| DE LA PARRA: | ¿Y usted entiende que la razón por la que nosotros estamos aquí el día de hoy es para que usted rinda una declaración para utilizarla en el juicio de Esmeralda Salazar Sandoval? |
| SANDOVAL: | Sí. |
| DE LA PARRA: | ¿Y usted entiende que a la fiscal. . . a la que lleva el caso, por parte del gobierno se le invitó para que viniera hoy? |
| SANDOVAL: | Sí. |
| DE LA PARRA: | ¿Ella no está presente aquí el día de hoy pero si hubiera venido, usted hubiera respondido a sus preguntas? |
| SANDOVAL: | Claro que sí. |
| DE LA PARRA: | ¿Usted dijo que la Srta. Salazar Sandoval es su hija? |
| SANDOVAL: | Sí. |

1 *María Dolores Sandoval Berday*

**35**



DE LA PARRA: ¿Donde vive ella?

Aquí. Aquí conmigo en esta casa.

DE LA PARRA: ¿Y donde esta usted? ¿Dónde queda su casa?

SANDOVAL: Quintas del Rey, Calle Nules, 424, me parece que es 524, 524. Sí, perdón. En Mexicali.

DE LA PARRA: ¿Y eso queda en México?

SANDOVAL: Sí.

DE LA PARRA: ¿Aparte de su hija Esmeralda y de usted, quien más vive aquí?

SANDOVAL: Su esposo.

DE LA PARRA: ¿Él, cómo se llama?

SANDOVAL: Reynaldo.

DE LA PARRA: ¿Sabe cómo se apellida?

SANDOVAL: Sí, Peralta Medina o no sé si es al revés. Medina Peralta, por hay, esos dos. Peralta Medina, Medina.

DE LA PARRA: ¿Y cuánto tiempo lleva Esperanza de estar con el Sr. Medina?

SANDOVAL: Esperanza?

DE LA PARRA: Esmeralda. ¿Cuánto tiempo lleva sus hija de estar con él?

SANDOVAL: Como 8 meses. Aquí con ella en esta casa vivimos desde hace 8 meses. No sé antes cuanto.

DE LA PARRA: ¿Su hija tiene un carro?

SANDOVAL: Sí.

DE LA PARRA: ¿Qué carro tiene?

SANDOVAL: Tenía una camioneta, azul con blanco.

DE LA PARRA: Sra. Sandoval, me voy a regresar un poco. ¿Cómo está usted de salud el

2 *maría Dolores Sandoval Peralta*

36



día de hoy?

Bien.

DE LA PARRA: ¿Sra. Sandoval, tiene usted algún problema de la salud?

SANDOVAL: Sí.

DE LA PARRA: ¿Actualmente toma usted medicamento?

SANDOVAL: Sí.

DE LA PARRA: ¿Qué medicamentos toma?

SANDOVAL: Todo eso que tengo ahí.

DE LA PARRA: Las vamos a revisar ¿está bien?

SANDOVAL: Está bien.

DE LA PARRA: ¿Este es uno de sus medicamentos?

SANDOVAL: Sí, es para el colesterol, lo tomo.

DE LA PARRA: ¿Y ésta?

SANDOVAL: Esta es para los nervios para poder dormir en la noche.

DE LA PARRA: ¿Y ésta, ésta?

SANDOVAL: Es para el corazón, es Tritace.

DE LA PARRA: ¿Y ésta?

SANDOVAL: También es Digoxina para el corazón.

DE LA PARRA: ¿Y ésta?

SANDOVAL: Esto es también es un tranquilizante pero para estar tranquila en el día. Es más para esto, parte de mí ojo que me . . . como me ataca los nervios se me pone . . . me palpita mucho mi cara. Se me entume como si me fuera a dar parálasis.

DE LA PARRA: ¿Y ésta?

37



|  |  |
|---|---|
| | Es un diurético. |
| DE LA PARRA: | ¿Diurético? |
| SANDOVAL: | Para desaguar los pulmones.  Si no tomo esta me hincho toda y no puedo respirar. |
| DE LA PARRA: | Sra. Sandoval, ahora le voy a mostrar unas fotografías y le voy a preguntar si las reconoce. |
| SANDOVAL: | Sí, son mis pastillas, las diuréticas. |
| DE LA PARRA: | ¿Que son? |
| SANDOVAL: | Esta para dormir y ésta también.  Pero ésta es relajante para mi nervio de mi ojo, para estar tranquila, pues.  Como parálasis me quiere dar y esto me ayuda mucho para estar un poco más tranquila.  Y esto es lo mismo para el corazón. |
| DE LA PARRA: | Ahora, le muestro la prueba C.  ¿Las reconoce, éstas? |
| SANDOVAL: | Sí. |
| DE LA PARRA: | ¿Qué son? |
| SANDOVAL: | Pravastatina para el colesterol y esta es también para el corazón, Tritace. |
| DE LA PARRA: | ¿Y estas fotografías demuestran los. . . reflejan los medicamentos tal como son? |
| SANDOVAL: | Sí. |
| DE LA PARRA: puede | Gracias.  ¿Debido a los medicamentos que toma y debido a su salud, usted viajar? |
| SANDOVAL: | No, no puedo viajar.  Me mareo mucho, la presión me baja, me siento. . . no, no puedo viajar.  Vomito mucho. |
| DE LA PARRA: | Ahora vamos a volver hablar del carro de Esmeralda.  ¿Lo reconoce? |
| SANDOVAL: | Sí. |
| DE LA PARRA: | ¿Qué es? |

4 María Dolores Sandoval Perales

**38**



Es la camioneta de mi hija.

¿Desde cuándo tiene Esmeralda esa camioneta?

Hace como, va a hacer como de 8 o 9 meses, algo así, ya.

DE LA PARRA:    ¿Y Esmeralda alguna vez tuvo problemas con esa camioneta?

SANDOVAL:    Antes, no.  Hasta el día que la llevó al taller.  Tenía una semana fallando, algo así.

DE LA PARRA:    ¿Nos puede decir qué tipo de problemas tenía?

SANDOVAL:    Sí.  Se apagaba. . . y este se mecía mucho.  Se estremecía así como si cuando está así queriendose apagar pero se apagaba y prendía.  Por eso creía que era algo eléctrico, el alternador posiblemente, no se.

DE LA PARRA:    Sra. Sandoval, dijo usted que la Sra. Salazar la llevó al taller, la camioneta.  ¿Como cuánto tiempo antes de que la arrestaran fue esto?

SANDOVAL:    Como una media semana antes.

DE LA PARRA:    ¿Y usted alguna vez fue con la Sra. Salazar al taller a llevarlo?

SANDOVAL:    Sí, nosotros fuimos pero no la dejamos.  Fui con ella pero no la dejé.  Nos venimos las 2 en la camioneta.  Al siguiente día ella fue.

DE LA PARRA:    ¿El día que fue ella sola, le dijo qué era lo que iba hacer?

SANDOVAL:    No.  Me comentó que si . . . yo le pregunté que si iba a ir al otro lado y ella me dijo que no sabía.  Que si le pedían que fuese a traer lo que ocupaba la camioneta iba a ir, pero que si no, no.  "¿Por qué?" me dice.  Yo le dije porque quería que me trajera unos tenis.  Me dijo ella que no sabía si la iban a ocupar siempre que fuera a traerla o no.  "Después te digo," me dijo.

DE LA PARRA:    ¿Cuando Esmeralda le dijo eso, fue el día que ella fue a dejar el carro o fue después?

SANDOVAL:    ¿Que iba a ir al otro lado por las partes?  No entiendo.

DE LA PARRA:    Le voy a preguntar de otra forma.  Usted nos dijo que un día fueron a dejar el carro al taller pero no lo dejaron ese día.

SANDOVAL:    Así es.

39



DE LA PARRA:    ¿Al siguiente día, qué le dijo Esmeralda que planeaba hacer con el carro?

SANDOVAL:    Que iba ir a llevarlo a otro taller que le había recomendado una amiga.

DE LA PARRA:    ¿Y ese día, ella dejó el carro en alguna parte?

SANDOVAL:    Pues en el taller.  Me dijo que lo había dejado en el taller.

DE LA PARRA:    ¿Regresó ella sin el carro?

SANDOVAL:    Sí, regresó sin el carro.

DE LA PARRA:    ¿Esmeralda le dijo cuándo planeaba recoger el carro?

SANDOVAL:    Cuando le hablaran que ya estaba.  Iban a checarlo, pues, para ver como, qué tenía.

DE LA PARRA:    Ahora, vamos a hablar del día que arrestaron a Esmeralda.  ¿Esa mañana, usted la vió?

SANDOVAL:    Sí.

DE LA PARRA:    ¿Que traía puesto?

SANDOVAL:    Un pantalón de levis y una blusa, no. . .  la blusa no estoy segura que color era porque se puso un sweter rojo arriba, como tipo, pues, asi como el suyo pero de como de pana.  Pero con botoncitos así abierto y solapitas aquí.  Pero en rojo.  Eso si, no me acuerdo la blusa. Si, no recuerdo porque llevaba el saco encima.  El pantalón de levis y tenis.

DE LA PARRA:    ¿Esa mañana cuando la vió usted, Esmeralda le dijo qué planeaba hacer el resto del día?

SANDOVAL:    No, no me dijo.  Nomás me dijo que iba a ir a recoger su carro.

DE LA PARRA:    ¿Y le dijo qué iba hacer con el carro?

SANDOVAL:    No, me dijo que si ya estaba se venía para aca.  O sea, "ahorita vengo," me dijo.  "Si ya está mi carro ahorita vengo.  Si voy a recoger, a traer lo que me mandan a traer voy a ir a traerlo."

DE LA PARRA:    ¿Usted volvió a ver a Esmeralda ese día?

SANDOVAL:    Yo ya no la vi.

6 María Galope Sandoval Perales

**40**



**DE LA PARRA:** ¿Cuando Esmeralda dijo que iba a ir por el carro, cómo se fue?

En taxi.

**DE LA PARRA:** ¿Después de que arrestaran a la Sra. Salazar, usted fue a la garita?

**SANDOVAL:** Sí, pero no estoy segura cuántos días después. Porque batallamos para, fuimos a una parte, a otra. Porque no hallábamos en donde nos las entregaran las pertenencias. Hasta que ella nos dijo que si las podíamos recoger y fuimos a la garita nueva.

**DE LA PARRA:** ¿Quiénes son los que fueron? ¿Con quién fue usted?

**SANDOVAL:** Con mi yerno. Con Reynaldo fuimos.

**DE LA PARRA:** ¿Y por qué fueron a la garita?

**SANDOVAL:** Porque fuimos a recoger las pertenencias de mi hija.

**DE LA PARRA:** ¿Le entregaron las pertenencias a usted o a Reynaldo?

**SANDOVAL:** A Reynaldo.

**DE LA PARRA:** ¿Nos puede decir cómo fue eso, que fue lo que usted vió?

**SANDOVAL:** Sí, es que fuimos los dos. Pero dijo el oficial que solamente él iba a entrar. O sea, una persona, verdad? El entró. Me dijo, "Si quiere quédese usted en la camioneta," me dice. "No," le digo, "voy contigo." Fuimos, yo me quede así afuera de la puerta y él entró. No mas así por dentrito y lo metió el oficial.

**DE LA PARRA:** ¿Y cuando salió, qué traía?

**SANDOVAL:** La bolsita.

**DE LA PARRA:** ¿Sra. Sandoval, ésta es la bolsa a la que se refiere?

**SANDOVAL:** Si, ésta. Es lo único que salió con su bolsita, así en la mano. Nada más.

**DE LA PARRA:** ¿Y había algo dentro la bolsa?

**SANDOVAL:** Sí, estaba eso, su anillo, el anillo, la cadenita, estos aretitos que son de ella y su licencia. Eso era y esto que hay aquí es lo que había ahí.

*María Dolores Sandoval Peralez*

41



| | |
|---|---|
| DE LA PARRA: | ¿La fotografía era una de las cosas que estaba en la bolsa? |
| | Sí, ella siempre la cargaba ahí.  Es su papá. |
| DE LA PARRA: | Ahora le estoy mostrando una tarjeta de plástico que parece ser su licencia. ¿Esa es la licencia a la que se refiere usted? |
| SANDOVAL: | Sí, ésta es su licencia. |
| DE LA PARRA: | ¿Y eso, donde estaba? |
| SANDOVAL: | En la bolsa, junto con esto, adentro. |
| DE LA PARRA: | Muchas gracias Sra. Sandoval.  No tengo más preguntas. |

*María Palomo Sandoval Rosales*

**42**



**LICENCIADO RAMIRO E. DUARTE QUIJADA**, Titular de la **Notaría Pública Número Diez** de esta Municipalidad. - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

- - - - - - - - - - - - - - - - - - - - - C E R T I F I C O: - - - - - - - - - - - - - - - - - - - - -

Que las señoras **MARIA DOLORES SANDOVAL PERALES** y **LORENA GARCIA**, debidamente identificados ante mí, **RATIFICARON** el escrito denominado **DECLARACIÓN TESTIMONIAL** firmado con esta misma fecha, que precede, y reconocieron como suyas las firmas que en el mismo aparecen, según Acta de esta fecha, Número **(36,826) TREINTA Y SEIS MIL OCHOCIENTOS VEINTISÉIS del Volumen (1,205) MIL DOSCIENTOS CINCO** del Protocolo a mí cargo.- Doy Fe.- Mexicali, Baja California, a **VEINTIUNO DE ABRIL DEL AÑO DOS MIL OCHO.**- - - - - -

LIC. RAMIRO E. DUARTE QUIJADA
NOTARIO PÚBLICO NÚMERO DIEZ

43







45



## Mexico

## Apostille

### (Convention de la Haye du 5 octobre 1961)

Derechos   $ 424.00

No. orden   M-387-2008

En México el presente documento público ha sido firmado
por LIC. RAMIRO E. DUARTE QUIJADA.

quien actúa en calidad de NOTARIO PUBLICO NUMERO DIEZ DE MEXICALI,
BAJA CALIFORNIA.

y está revestido del sello correspondiente a NOTARIA PUBLICA NUMERO DIEZ,
MEXICALI, ; BAJA CALIFORNIA.

Certificado en   MEXICALI, B.C.   por LIC. JUAN MANUEL LINARES
BORBOA, ANALISTA DE GOBIERNO.

MEXICALI, B.C.   el 21   de   ABRIL   de   2008.

Firma

46

Exhibit C



# Dr. Raúl Aguilera Zárate
## Cardiólogo é Internista
Ced. Prof. 1090901   Ced. de Esp. AECEM-32279
Consejo de Cardiología No. 598

Av. Reforma No. 1235
entre Calles "D" y "E"
Mexicali, B. C.   21100

A QUIEN CORRESPONDA:                    ABRIL 21, 2008

Por medio de la presente informo acerca de la  SRA.  DOLORES SANDOVAL PERALES
de 50 anos.
Es vista por su servidor desde hace 2 anos, en que fue internada  con el diagnostico de
**Insuficiencia cardiaca  descompensada y fibrilacion auricular.**
Desde entonces y hasta la fecha continua acudiendo con su servidor para el manejo de esta
entidad, con tratamiento a base de digoxina, aspirina, bisoprolol, ramipril, tiazide y
furosemide.
Su enfermedad ( Insuficiencia cardiaca),  se encuentra en una clase funcional III, lo que le
impide desarrollar sus actividades cotidianas normalmente.


ATENTAMENTE


DR. RAUL AGUILERA ZARATE


Tels. 552-4816 y 552-4002
Fax 552-83-39
Cel.: (044686) 946-3659
E-mail: raulagui01@prodigy.net.mx

48

**[Translation]**

[Logo] **Dr. Raul Aguilera Zarate**
Cardiologist and Internist
Professional License 1090901 Specialty License: AECEM-32279
Cardiology Council # 598

Av. Reforma # 1235
between "D" and "E" St.
Mexicali, B.C. 21100

___

TO WHOM IT MAY CONCERN:                                            APRIL 21, 2008

I hereby inform you about MRS. DOLORES SANDOVAL PERALES, who is 50 years old.
She has been seen by yours truly starting two years ago, when she was admitted with the
diagnosis of **uncompensated heart failure and atrial fibrillation.**
Since then and until now she continues to see yours truly to manage this disease, with treatment
using digoxin, aspirin, bisoprolol, ramipril, thiazide and furosemide.
Her disease (Heart failure) is in functional class III, which prevents her from performing her
normal daily activities.


SINCERELY

[Illegible flourish]
DR. RAUL AGUILERA ZARATE



Tel. 552-4816 and 552-4002
Fax 552-83-39
Cel.: (044686) 946-3659
E-mail: raulagui01@prodigy.net.mx




*[The above translation of a one-page letter from Dr. Raul Aguilera Zarate is a true and
correct translation from Spanish into English to the best of my knowledge and ability.*

*Oscar Gonzales, Interpreter,*
*U.S. Courts Certification 00-028,*
*April 24, 2008].*

49