# Exhibit A

# FEDERAL DEFENDERS OF SAN DIEGO, INC.

The Federal Community Defender Organization for the Southern District of California

NBC Building
225 Broadway
Suite 900
San Diego, California
92101-5030
(619) 234-8467
FAX (619) 687-2666

April 2, 2008

**Via U.S. Mail, Facsimile & E-Mail**

Rebecca Kanter
Assistant United States Attorney
880 Front Street
San Diego, CA 92101

Re: *United States v. Salazar-Sandoval*
Case No. 08cr0285-H

Dear Ms. Kanter:

As you are aware, on March 27, 2008, we filed a motion pursuant to Rule 15 of the Federal Rules of Criminal Procedure seeking authorization to perform foreign depositions of witnesses that are material to the defense of Ms. Salazar-Sandoval's case. On April 1, 2008, I was informed that Judge Marilyn L. Huff would not grant an additional hearing date to resolve this issue, and that the motion could be heard at the time of *in limine* motions on April 7, 2008.

Pursuant to our conversation this morning, I am writing to formally inform you that pursuant to *United States v. Sanchez-Lima*, 1616 F.3d 545 (9th Cir. 1998), we are going to take videotaped testimony from witnesses on Friday, April 4, 2008. Specifically, we will be taking statements from Reynoldo Medina and Maria Delores Sandoval-Perales. Ms. Sandoval-Perales has a medical condition that prevents her from traveling and therefore we will be conducting the depositions at an office of a notary public in Mexicali, Baja California, Mexcio. As you are aware from the motion filed on March 27, 2008, both Mr. Sandoval-Perales and Mr. Medina are Mexican citizens who reside in Mexico, are not subject to the subpoena powers of the Court in this case, and consequently are not available to testify at Ms. Salazar-Sandoval's upcoming trial. Both of these witnesses will offer testimony regarding facts material to Ms. Salazar-Sandoval's defense and the evidence cannot be procured through any other means. *See Sanchez-Lima*, 161 F.3d at 547.

We would like to invite you to participate in the taking of the videotaped statements, so that you will have the opportunity to cross-examine the witnesses. We have scheduled the statements to begin at approximately 12 p.m., in Mexicali, Baja California, Mexico, at the office of a notary public in Mexicali, Baja California, Mexico. Federal Defenders will provide a court certified Spanish language interpreter as well as all of the videotaping equipment, as well as arranging for the notary to be present in order to swear the witnesses. Federal Defenders cannot be responsible for your safety during the trip.

# FAX TRANSMITTAL

DATE: April 2, 2008

TO: Rebecca Kanter, AUSA

TEL NO.: (619) _____

FAX NO.: (619) 235-2757

FROM: Leila Morgan

FEDERAL DEFENDERS OF SAN DIEGO, INC.

NUMBER OF PAGES: __3__ (INCLUDING COVER SHEET)

IF ALL PAGES DO NOT TRANSMIT PROPERLY, OR IF YOU HAVE ANY QUESTIONS PLEASE CONTACT **ANGELICA HERNANDEZ** (619) 234-8467.

Comments: Please see attached letter.

### CONFIDENTIALITY NOTE

The documents accompanying this telecopy transmission contain information from FEDERAL DEFENDERS OF SAN DIEGO, INC. which is confidential or privileged. The information is intended to be for the use of the individual or entity named on this transmission sheet. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this telecopied information is prohibited. If you have received this telecopy in error, please notify us by telephone immediately so that we can arrange for the retrieval of the original documents at no cost to you.

**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
The Federal Community Defender Organization for the Southern District of California