# Exhibit B

**Kanter, Rebecca (USACAS)**

| | |
|---|---|
| From: | Leila Morgan [Leila_Morgan@fd.org] |
| Sent: | Thursday, April 03, 2008 3:48 PM |
| To: | Kanter, Rebecca (USACAS) |
| Subject: | Salazar-Sandoval Witness Interviews |

Rebecca,

Here is the address where the interviews will take place tomorrow.
Notaria Publica Numero 10
Licenciado Ramiro E. Duarte Quijada
Calle E, 197-7
Colonia Nueva
Mexicali, B.C.
If you have any questions please feel free to contact me.

Leila W. Morgan, Esq.
Trial Attorney
Federal Defenders of San Diego, Inc.
225 Broadway Suite 900
San Diego, CA 92101
(619)234-8467-Office
(619)687-2666-Fax
Leila_Morgan@fd.org
http://www.fdsdi.com

This e-mail contains PRIVILEGED and CONFIDENTIAL information intended only for the use of the addressee(s) named above.  If you are not the intended recipient of this e-mail, or an authorized employee or agent responsible for delivering it to the intended user, you are hereby notified that any dissemination or copying of this e-mail is strictly prohibited.  If you have received this email in error, please notify us by reply e-mail.  Thank you for your cooperation.